USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS FERNANDO BELTRAN MARROQUIN,

                Petitioner,

-against-

KENNETH GENALO et al.,

                Respondents.

24-CV-06376 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      In their opposition brief at Dkt. No. 15, Respondents represented that the Board of Immigration Appeals remanded the removal order record in Petitioner's case to the immigration judge for further proceedings and entry of a new decision. *See* Dkt, No. 15 at 5. Respondents further represented that "[t]he immigration judge . . . set a control date of December 6, 2024, but intends to issue a decision on removability prior to that date." *Id.*

      By **December 20, 2024**, the parties are directed to file a joint status letter regarding the status of the immigration judge's decision on removability, and—if a decision has been issued—the effect of that decision (if any) on the briefs pending in this case, including whether the petition has become moot.

Dated: December 17, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge