UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LUIS FERNANDO BELTRAN MARROQUIN,

                       Petitioner,                  24 **CIVIL** 6376 (MMG)

   -against-                                    **JUDGMENT**

KENNETH GENALO, et al.,

                       Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 20, 2025, the Petition for a Writ of Habeas Corpus is GRANTED. Pursuant to the parties stipulation, the Government shall, within 10 days of this order, provide Petitioner with an individualized bond hearing before an immigration judge at which the Government bears the burden of establishing, by clear and convincing evidence, that Petitioner's continued detention is necessary, either because he poses a danger to the community or is a flight risk. In deciding whether the Government has met its burden to justify continued detention, the immigration judge must consider whether any reasonable conditions of supervision or a monetary bond can address any danger or risk of flight and satisfy the Government's interests short of continued detention. If the immigration judge sets a monetary bond as part of this determination, the judge must consider Petitioner's ability to pay in determining the appropriate bond amount.

**DATED:** New York, New York
            November 24, 2025

                                                                    TAMMI M. HELLWIG
                                                                     Clerk of Court

                                                     BY:
                                                                       Deputy Clerk